AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Savannah Danielle McDonald

*Defendant*

)
)  Case: 1:21-mj-00440
)  Assigned to: Judge Harvey, G. Michael
)  Assign Date: 5/20/2021
)  Description: COMPLAINT W/ ARREST WARRANT
)  USMS 49988-509
)  Fid 11296723 + 112815597

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Savannah Danielle McDonald
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment    ❏ Superseding Indictment    ❏ Information    ❏ Superseding Information    ☒ Complaint
❏ Probation Violation Petition    ❏ Supervised Release Violation Petition    ❏ Violation Notice    ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building

Date: 05/20/2021

Digitally signed by G. Michael Harvey
Date: 2021.05.20 16:45:34 -04'00'

*Issuing officer's signature*

City and state:  Washington, D.C.       G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 052021, and the person was arrested on *(date)* 06/11/2021
at *(city and state)* Macon, GA.

Date: 06/11/2021

*Arresting officer's signature*

Eli Colwell Special Agent
*Printed name and title*